IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CHRISTOPHER ALAN ANDREWS,
ADC #123511                                                                                      PLAINTIFF

v.                                              2:07CV00010 WRW

MICHAEL HUCKABEE, et al.                                                          DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from Magistrate Judge H. David Young.  There have been no objections.  After a review of those proposed findings and recommendations,  the Court adopts them in their entirety.

IT IS, THEREFORE ORDERED that plaintiff's complaint against defendants is DISMISSED without prejudice, and that such dismissal constitutes a strike within the meaning of 28 U.S.C. § 1915(g).

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 27th day of February, 2007.


                                                                /s/Wm. R. Wilson, Jr.
                                                        UNITED STATES DISTRICT JUDGE